# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 19, 2015

## NO. 03-15-00616-CR

**The State of Texas, Appellant**

**v.**

**Dennis Davis, Appellee**

**APPEAL FROM 167TH DISTRICT COURT OF TRAVIS COUNTY**
**BEFORE CHIEF JUSTICE ROSE, JUSTICES PEMBERTON AND FIELD**
**DISMISSED ON APPELLEE'S MOTION**

This is an attempted appeal from the findings of fact and conclusions of law entered by the district court. The appellee has filed a motion to dismiss the appeal, and having reviewed the record, the Court agrees that the appeal should be dismissed. Therefore, the Court grants the motion and dismisses the appeal. The appellant shall pay all costs relating to this appeal, both in this Court and the court below.